



# MEMORANDUM OPINION

No. 04-11-00738-CV

**IN RE** Victor **SOTELO, JR.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  November 9, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On October 10, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 08-1776-CV, *In the Interest of V.T.S., A Child*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Dwight E. Peschel presiding. However, the order complained of was signed by the Honorable Linda Z. Jones, presiding judge of the County Court at Law, Guadalupe County, Texas.